JAMES BIGLER et al., Respondents, *v.* WILLIAM PINKNEY, Survivor, etc., Appellant.

(Argued March 16, 1881; decided March 25, 1881.)

*Samuel Hand* for appellant.

*E. A. Brewster* for respondents.

Agree to affirm without opinion.
All concur.
Judgment affirmed.

---

LEON HENNEQUIN et al., Appellants, *v.* HENRY CLEWS et al., Respondents.

(Argued March 16, 1881; decided March 25, 1881.)

*C. Bainbridge Smith* for appellants.

*J. M. Guiteau* for respondents.

Agree to affirm on authority of decision on former appeal (77 N. Y. 427).
All concur.
Judgment affirmed.